UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID JOSEPH HODSON,<br><br>　　　　　　　Defendant. | CASE NO. MJ25-370<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was charged with arson and making an unregistered destructive device in the District of Oregon. He was found not guilty by reason of insanity and was subsequently placed upon conditional release. He was arrested for new criminal conduct in this District and also faces the allegation that he has violated his conditional release by using controlled substances.

The Court agrees with the recommendation of this district's pretrial and probation office that defendant be detained. Defendant has a long history of marked instability; the probation office submitted that he is not engaging in needed treatment services, not coming in for urine tests, and fails to meet with the probation office despite agreeing to do so. Although it appears

DETENTION ORDER - 1

Defendant requires mental health services, he has not engaged in any treatment. Defendant appears to have substance abuse problems and was arrested for loitering and drug activity. Criminal charges are currently pending in state court for this conduct.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of June, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2